UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ARTEMIDE, INC. and ARTEMIDE SPA

                          Plaintiffs,                         **ORDER**

       -against-                           Civil Action No. 09-1110
                                                                             (DRH)(ARL)
SPERO ELECTRIC CORP., PROSPETTO
LIGHTING LLC, PROSPETTO LIGHT LLC and
PROJECT LIGHT LLC,

                          Defendants.
----------------------------------------------------------------X

**HURLEY, Senior District Judge:**

       By Order dated April 16, 2010, the Court entered a default judgment against defendants Spero Electric Corp., Prospetto Lighting LLC, Prospetto Light LLC and Project Light LLC and referred this matter to Magistrate Judge Arlene R. Lindsay, pursuant to 28 U.S.C. § 636, for a report and recommendation as to the appropriate amount of damages, attorneys' fees and costs to be awarded the plaintiffs. On November 23, 2010, Judge Lindsay issued a Report and Recommendation recommending that an order be issued permanently enjoining the defendants and awarding plaintiffs $8,464.00 , consisting of $6,960.00 in attorneys' fees and $1,504.00 in costs. On December 8, 2010, plaintiffs served a copy of the Report and Recommendation upon the defendants. More than fourteen (14) days have elapsed since service of the Report and Recommendation, and neither party has filed any objections to it.

       Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the November 23, 2010 Report and Recommendation of Judge Lindsay as if set forth herein. The Court therefore directs that judgment be entered as

follows: (1) plaintiffs Artemide, Inc. and Artemide SPA recover from defendants Spero Electric corp., Prospetto Lighting LLC, Prospetto Light LLC and Project Light LLC, jointly and severally, the amount of $8,464.00, and (2) enjoining and restraining permanently defendants Spero Electric Corp., Prospetto Lighting LLC, Prospetto Light LLC and Project Light LLC and all persons acting in concert with them, or acting or purporting to act on their behalf, including their partners, owners, agents, representatives, and employees from infringing the trade dress of plaintiffs Artemide Inc. and Artemide SPA and from selling, offering for sale, advertising and/or promoting lighting fixture products that violate plaintiffs' trade dress for plaintiffs' Nulla 36, Logico, Dome, Miconos, Ierace, Illusa, Cadmo and Float lighting fixture items. Upon entry of judgment, the Clerk of Court is directed to close this case.

    **SO ORDERED.**

Dated: Central Islip, N.Y.
      December 28 , 2010                       /s/
                                                    Denis R. Hurley
                                                    Senior United States District Judge